## TOWN OF WATERFORD *v.* STEPHEN KRIJGER
### (AC 21169)

Lavery, C. J., and Flynn and Dupont, Js.

Submitted on briefs September 12—officially released November 6, 2001

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* DARRELL ROGERS
### (AC 19818)

Mihalakos, Dranginis and Callahan, Js.

Argued September 28—officially released November 6, 2001

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* MARCIA ANN RUSSELL
### (AC 20567)

Schaller, Flynn and Shea, Js.

Argued September 28—officially released November 6, 2001

Per Curiam. The judgment is affirmed.